# Court of Appeals
# of the State of Georgia

ATLANTA, __October 17, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A2499. BANKS v. THE STATE.**

Appellant's Motion for Permission to Withdraw Appeal has been considered and is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __10/17/2012__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*